# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02006-ZLW

MARGARET I. PULLEN,
EVERGREEN APPLIED RESEARCH, INC.,
WE THE PEOPLE OF THE UNITED STATES OF AMERICA & EACH AND EVERY INDEPENDENT SOUVERIGN [sic] THEREIN,

    Plaintiffs,

v.

ROBERT LEWIS WALKER, JR.,
SUSAN WALKER,
CITY OF ASPEN INCLUDING ASPEN POLICE DEPARTMENT,
ASPEN DAILY NEWS,
ST. MARY'S HOSPTIAL [sic],
JANETTE CONSOR,
JOHN LASSALETTE,
J. E. DEVIL BLISS,
WALTER BROWN,
F. ELY,
GAILIN SMITH
WENDY SMITH,
PETER CRAVEN, and
DANIEL PETRE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motions for a protective order and for leave to proceed pursuant to 28 U.S.C. § 1915 that Plaintiff, Margaret I. Pullen, submitted to and filed with the Court *pro se* on October 2, 2007. The second amended complaint and the instant action were dismissed on January 27, 2006, pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous. This case is closed. Therefore the motions filed on October 2 are DENIED as moot. The clerk of the Court is directed to strike any motions that Plaintiff may file in this action in the future. The clerk of the Court also is

directed to mail a copy of this minute order to Ms. Pullen at her last known address, since she has failed to provide the Court with a current mailing address.

Dated: October 4, 2007

Copies of this Minute Order mailed on October 4, 2007, to the following:

Margaret I. Pullen
PO Box 1551
Aspen, CO 81612

_____
Secretary/Deputy Clerk